GERMANIA LIFE INS. CO. v. JOHN V. SIGNELL CO. (three cases). (Supreme Court, Appellate Division, First Department. January 17, 1908.) Actions by the Germania Life Insurance Company against the John V. Signell

Company. No opinions. Motions granted, with $10 costs. Orders filed.